IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GESA S. KALAFI-FELTON,

    Plaintiff,               JUDGMENT IN A CIVIL CASE

v.                                    11-cv-731-slc

JOANNE GOVIER and JOHN KUSSMAUL,

    Defendants.

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants granting summary judgment in favor of Joanne Govier and John Kussmaul and dismissing this case.

_____   12/10/12
Peter Oppeneer, Clerk of Court          Date